# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1166

_____

Frederick L. Pitchford,                    *
                                           *
          Appellant,                       *
                                           *   Appeal from the United States
     v.                                    *   District Court for the
                                           *   Eastern District of Arkansas.
Denzil Price Marshall, Jr., District       *
Judge, Personal Capacity; H. David         *        [UNPUBLISHED]
Young, Magistrate Judge, Personal          *
Capacity; Jane A. Kim, Attorney,           *
Officer of the Court,                      *
                                           *
          Appellees.                       *

_____

Submitted: May 24, 2011
Filed: June 6, 2011

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

     Frederick Pitchford appeals the district court's[1] preservice dismissal of his civil rights action. We conclude that dismissal was proper. See Mireles v. Waco, 502 U.S. 9, 11-12 (1991) (per curiam) (judicial immunity); Kurtz v. City of Shrewsbury,

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

245 F.3d 753, 758 (8th Cir. 2001) (requirements for conspiracy claim under 42 U.S.C. § 1985); <u>Jensen v. Henderson</u>, 315 F.3d 854, 863 (8th Cir. 2002) (42 U.S.C. § 1986 claim depends on existence of valid § 1985 claim). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____